

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00820-CV

**IN RE** Isidro Jimenez, Cesar Jimenez, Julie Jimenez, and Vanessa **JIMENEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

On December 19, 2016, Relators filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than February 9, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's Temporary Orders in Suit Affecting the Parent-Child Relationship and Habeas Corpus Proceeding signed December 22, 2016 are stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on January 26, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2016-CI-19435 and 2016-CI-19446, styled *In the Interest of E.J., S.J., A.J., and E.J., Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.